UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Raymond F. Wright, Jr.</u>

    v.                    Civil No. 12-cv-181-JD

<u>Diversified Collection Services, Inc.</u>


<u>ORDER</u>

    Re: Document No. 12, Proposed Discovery Plan

    Ruling: I approve and adopt the proposed plan as a pretrial scheduling order. I read the language in paragraph 10 to mean that the parties agree to produce any ESI (e.g., emails) in paper format. In light of the court's approval of the parties' proposed discovery plan, the pretrial conference currently scheduled to occur on September 11, 2012, is cancelled. Trial: Two-week trial period beginning July 23, 2013.


Date: August 30, 2012                */s/ Landya B. McCafferty*
                                          U.S. Magistrate Judge


cc:  Joseph Gentilcore, Esq.
     Angela Troccoli, Esq.
     John O'Connor, Esq.
     Robert McCall, Esq.